UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

OCT 3 0 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| CITY OF SAN ANTONIO, TEXAS, on behalf of itself and all other similarly situated Texas Cities | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | CIVIL NO. SA-06-CA-381-OG A CLASS ACTION |
| HOTELS.COM, , et al | ) ) | |
| Defendants | ) | |

## Verdict of the Jury

### Question No. 1

#### Claim under the ordinances

Do you find by a preponderance of the evidence that the following Defendants have been or are currently "controlling hotels" under the Cities' hotel occupancy tax ordinances?

Answer "Yes" or "No" for each Defendant, as listed in alphabetical order.

Expedia, Inc. _____YES_____

Hotels.com., L.P. _____YES_____

Hotwire, Inc. _____YES_____

Internetwork Publishing Corp. (d/b/a Lodging.com) _____YES_____

Orbitz, LLC _____YES_____

Priceline.com, Incorporated _____YES_____

1

Site59.com, LLC                                          _____YES_____

TravelNow.com, Inc.                                      _____YES_____

Travelocity.com, L.P.                                    _____YES_____

Travelweb LLC                                            _____YES_____

Trip Network, Inc. (d/b/a Cheaptickets.com)             _____Yes_____

Please proceed to Question No. 2

Question No. 2

Damages under the ordinance claim

If you answered "Yes" as to any of the Defendants in Question No. 1, then answer the following question with regard to those Defendant(s) only. If you answered "No" as to any or all of the Defendants in Question No. 1, then do not answer this Question as to those Defendant(s).

State the amount, if any, that Defendants should have paid as hotel occupancy taxes on the amounts they charged for hotel transactions pursuant to the Cities' ordinances.

Answer in dollars and cents as to each Defendant with regard to the following categories. Do not include interest on any amount you may find.

|  | Mark-up/Margin | Breakage | Extra person fee |
|---|---|---|---|
| Expedia, Inc. | 5,401,609 | 732,119 | 35,312 |
| Hotels.com., L.P. | 6,481,030 | 758,455 | 32,574 |
| Hotwire, Inc. | 1,469,084 | 198,909 | — |
| Internetwork Publishing Corp. (d/b/a Lodging.com) | 374,834 | 42,269 | — |
| Orbitz, LLC | 832,533 | 281,824 | — |

2

| | | | |
|---|---|---|---|
| Priceline.com, Incorporated | 1,787,120 | 126,116 | — |
| Site59.com, LLC | 159,761 | 1,447 | — |
| TravelNow.com, Inc. | — | — | — |
| Travelocity.com, L.P. | 1,332,117 | — | — |
| Travelweb LLC | 106,513 | 8,757 | — |
| Trip Network, Inc. (d/b/a Cheaptickets.com) | 374,834 | 42,269 | — |

Please proceed to Question No. 3

Question No. 3

Conversion claim

Do you find by a preponderance of the evidence that the following Defendants have converted alleged tax monies belonging to the Cities?

Answer "Yes" or "No" for each Defendant, as listed in alphabetical order.

| | |
|---|---|
| Expedia, Inc. | No |
| Hotels.com., L.P. | No |
| Hotwire, Inc. | No |
| Internetwork Publishing Corp. (d/b/a Lodging.com) | No |
| Orbitz, LLC | No |
| Priceline.com, Incorporated | No |
| Site59.com, LLC | No |
| TravelNow.com, Inc. | No |
| Travelocity.com, L.P. | No |

3

Travelweb LLC                                          _____ *No* _____

Trip Network, Inc. (d/b/a Cheaptickets.com)            _____ *No* _____

Please proceed to Question No. 4

Question No. 4

Compensatory damages under the conversion claim

If you answered "Yes" as to any of the Defendants in Question No. 3, then answer the following question with regard to those Defendant(s) only.  If you answered "No" as to any or all of the Defendants in Question No. 3, then do not answer any further Questions as to those Defendant(s).

State the sum of alleged tax monies, if any, that Defendants converted, proximately causing damage to the Cities.

Answer in dollars and cents as to each Defendant.  Do not include interest on any amount you may find.

Expedia, Inc.                                          _____

Hotels.com., L.P.                                      _____

Hotwire, Inc.                                          _____

Internetwork Publishing Corp. (d/b/a Lodging.com)      _____

Orbitz, LLC                                            _____

Priceline.com, Incorporated                            _____

Site59.com, LLC                                        _____

TravelNow.com, Inc.                                    _____

Travelocity.com, L.P.                                  _____

Travelweb LLC                                           _____

Trip Network, Inc. (d/b/a Cheaptickets.com)            _____

Please proceed to Question No. 5

Question No. 5

Requisite mental state for punitive damages

If you answered Question No. 4 as to any of the Defendants, then answer the following question with regard to those Defendant(s) only.  If you did not answer Question No. 4 as to any or all of the Defendants, then do not answer any further Questions as to those Defendant(s).

Do you find by clear and convincing evidence that any Defendant acted with malice or gross negligence when it converted alleged tax monies belonging to the Cities?

Answer "Yes" or "No" for each Defendant, as listed in alphabetical order.

Expedia, Inc.                                          _____

Hotels.com., L.P.                                      _____

Hotwire, Inc.                                          _____

Internetwork Publishing Corp. (d/b/a Lodging.com)     _____

Orbitz, LLC                                            _____

Priceline.com, Incorporated                           _____

Site59.com, LLC                                        _____

TravelNow.com, Inc.                                    _____

Travelocity.com, L.P.                                  _____

Travelweb LLC                                          _____

Trip Network, Inc. (d/b/a Cheaptickets.com)           _____

Please proceed to Question No. 6

5

<u>Question No. 6</u>

<u>Punitive damages</u>

Answer the following Question with regard to any Defendant for which you have: (1) answered "Yes" to Question No. 5 as to that Defendant <u>and</u> (2) awarded an amount of compensatory damages against that Defendant in Question No. 4.  Otherwise, do no answer this Question.

What sum of money, if paid now in cash, should be assessed as punitive damages, if any, against such Defendant(s) for its conduct found in Questions 3 and 5?

Answer in dollars and cents.

Expedia, Inc.                                          _____

Hotels.com., L.P.                                   _____

Hotwire, Inc.                                         _____

Internetwork Publishing Corp. (d/b/a Lodging.com)   _____

Orbitz, LLC                                           _____

Priceline.com, Incorporated                       _____

Site59.com, LLC                                     _____

TravelNow.com, Inc.                               _____

Travelocity.com, L.P.                             _____

Travelweb LLC                                       _____

Trip Network, Inc. (d/b/a Cheaptickets.com)   _____

You have now completed the verdict form.  The Foreperson will sign this verdict form and notify the court security officer that you have reached a verdict.

**We, the jury, have unanimously answered the preceding questions in accordance with the instructions of the Court.**

_____                    _10-30-09_____
Foreperson's signature                              Date