# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CITY OF SAN ANTONIO, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. SA06CA0381OG |
| HOTELS.COM, L.P., *et al.*, | § § | District Judge Orlando L. Garcia |
| Defendants. | § § | |

## **DEFENDANTS' NOTICE OF SATISFACTION OF JUDGMENT**

On May 27, 2021, the Supreme Court of the United States issued a unanimous opinion affirming the judgment of the United States Court of Appeals for the Fifth Circuit, which in turn had previously affirmed this Court's June 26, 2019 Order taxing $2,226,724.37 in costs against the Plaintiff City of San Antonio and in favor of the Defendant online travel companies ("OTCs").[1] *See* Dkt. Nos. 1344-1345. As of June 28, 2021, the Plaintiff City of San Antonio has paid the OTCs the amount ordered by this Court, inclusive of applicable post-judgment interest, and has fully satisfied this judgment.

Dated: June 28, 2021

Respectfully submitted,

s/Les J. Strieber
Ricardo G. Cedillo
Texas Bar No. 0443600
Les J. Strieber III
Texas Bar No. 19398000
Davis, Cedillo & Mendoza, Inc.
McCombs Plaza, Suite 500
755 East Mulberry Avenue
San Antonio, Texas 78212
210-822-6666
rcedillo@lawdcm.com
lstrieber@lawdcm.com

---

[1] Defendants are priceline.com Inc. (n/k/a Booking Holdings Inc.), Lowestfare.com Inc., Travelweb, LLC, Orbitz, Inc., Orbitz, LLC, Internetwork Publishing Corp. (d/b/a Lodging.com), Trip Network, Inc. (d/b/a Cheaptickets.com), Hotels.com L.P., Hotels.com GP, LLC, Hotwire, Inc., Expedia, Inc., Travelnow.com, Inc., Travelocity.com LP; Travelocity.com Inc. (n/k/a TVL LP), and Site59.com LLC,

*Attorneys for all Defendants*

Brian Stagner
Texas Bar No. 24002992
Kelly Hart & Hallman LLP
201 Main Street, #2500
Fort Worth, TX 76102
817-878-3540
brian.stagner@kellyhart.com

*Attorneys for Travelocity.com LP;
Travelocity.com Inc. (n/k/a TVL LP), and
Site59.com LLC*

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served electronically in compliance with Local Rule CV-5(a). As such, the foregoing document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this 28th day of June, 2021.

                                                              s/Tedd M. Warden
                                                             Tedd M. Warden